UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN WATKINS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-07286-FLA (RAO)<br><br>**JUDGMENT** |

Pursuant to the court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ORDERED that:

    (1) Defendants' Motion to Dismiss is GRANTED;

    (2) Plaintiffs' claims against Defendants are DISMISSED without prejudice; and

    (3) Plaintiffs' Motion for Summary Judgment is DENIED as moot.

Dated: March 11, 2025

                                    FERNANDO L. AENLLE-ROCHA
                                    United States District Judge