FILED
CLERK, U.S. DISTRICT COURT
8/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     ER     DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Maryann Watkins in Prose,
215 Mc Cubbins Road
Knoxville TN 37924
(760) 912-0584
the_inventorinc@yahoo.com
Michael Watkins in Prose,
215 Mc Cubbins Road
Knoxville TN 37924
(760) 684-5542

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

| | |
|---|---|
| MARYANN WATKINS, Michael Watkins<br>　　　　Plaintiffs,<br>　　vs.<br>CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT<br>　　　　Defendants. | Case No. 2:22-CV-07286-FLA-RAO<br><br>FURTHER MOTION FOR RECONSIDERATION AND MOTION FOR LEAVE TO AMEND THE COMPLAINT SEE 2ND AMENDED COMPLAINT RESUBMITTED WITH THIS MOTION<br><br>**IN THE ALTERNATIVE NOTICE OF APPEAL**<br><br>Submitted with this motion:<br><br>Notice Who is HCD's Department of Building and Safety and Who is subject to it<br><br>Memorandum of Law Private Property Rights<br><br><br>Meet and confer done:<br>Hearing:　Hearing to be determined by Administrative Judge |

Plaintiffs move the court for a FUTHER Reconsideration.

1. Fernando lied under oath again stating that there was no change from the original complaint. Plaintiffs have ADDED THE BAINE ACT AS THE Magistrate instructed.

2. Fernando also lied and said there was nothing extraordinary. For Fernando to take a bribe and lie under oath is extraordinary.

3. According to the Magistrate and the acceptance of the Judge herein Plaintiffs did not make a **Baine Act Claim**. Plaintiffs request that Plaintiffs be able to amend their complaint to make a **Baine Act Claim**.

   A. HCD made false reports with the intention to coerce, intimidate, interfere with Watkins rights by interrupting the building of a house.

   B. False report of corrections on purpose stating that Watkins had to change his plans because they stated laws that didn't exist to extort money stop the construction of a house etc ……………………………………………… violates the **Baine Act**. See below:

   C. Lying on the record stating that their false reports are required even though false is intimidation, coercion, threat……….

   D. False report is an arbitrary invasion of property  intimidation, coercion, threat. Not allowed under the constitution of CA or US.

   E. Falsifying a report on purpose is obstruction of justice  intimidation, coercion, threat.

   F. False reports were made to extort money  intimidation, coercion, threat.

   G. Falsifying a report on purpose is committing fraud  intimidation, coercion, threat.

   H. Falsifying a report on purpose is lying on the record  intimidation, coercion, threat.

   I. Falsifying a report on purpose is interference by threat, intimidation, and coercion, and attempt to interfere by threat, intimidation, and coercion, with the exercise and enjoyment of Watkins rights secured by the Constitution and laws of the United States, and the rights secured by the Constitution and laws of the state of California in this case regarding property of Watkins.

   J. Falsifying a report on purpose is a wrongful interference of Watkins civil rights to his property  intimidation, coercion, threat.

   K. I. Falsifying a report on purpose is a fabrication  intimidation, coercion, threat.

L. The order also tries another technicality to state that Watkins was able to go to a 3rd party as if there was no damage. The fact is the lawsuit had to be made before that was determined and it was long into the lawsuit before it was determined in fact the first deputy died for which he was being stonewalled by HCD as he stated it. It wasn't until much later that the next deputy came up with the statement that HCD lost their license and could not perform the inspection or plan check. Regardless they held up the permit and stated that Plaintiff had to go to HCD and made false reports and took power over Watkins construction with a false report of corrections. If they didn't have the authority to do Watkins plans like this deputy Quintin Lucas states then why did they make a report of corrections and charge Watkins for the same.

M. Next HCD never gave a permit to build anything. In fact, they held up the third party from doing the inspection and plan check, Watkins had to go directly to HUD which went around the whole process.

N. If HCD didn't require Watkins to come to them, why did they do corrections and stated that Watkins had to comply with them.

O. HUD doesn't have a program for anyone building a manufactured home not done in a factory, but they have laws that allow it to be done and could have been done by HCD but HCD did not do it even though they said they were the only ones that could do it. It is up to the engineer to determine the inspection and or plan check under HUD law which is any reasonable standard. So, in Watkins case, Watkins is outside the whole program of third-party inspections done in the factory and outside of HCD and comes under the reasonable standards of HUD law coupled with the engineer's determination. Watkins had to go through tremendous stress to get this all accomplished. The approval of Watkins plans and the inspection came through the engineer. HCD knew all of this but was determined to hold up the permit anyway.

4. See executive order (12630) which was made for the purpose of protecting people from the wrongful intervention of the government with 5th amendment concerns to property. You can also refer to President Trump's new order to get rid of weaponized government.

5. The decisions used by the Magistrate Fernando are all technical and don't go to the hart of the fact that there are damages when someone holds you up by not allowing you to use

the property as required by the constitution, to be free from wrongful intervention by the government giving rise to the 5th amendment, again executive order (12630) and Trump's new order regarding weaponization of government.

6. The Magistrate and the judge skirted the constitution with quoting technical decisions, which they gave power to an agency that was **not given power** by the constitution. There are plenty of technical decisions that say the opposite to what they are doing. However, we still have to get to the fact that government intervention into property if not warranted is against the law for which happened in this case and cannot be done by an agency that has not been given power under the constitution. You see you would not hear the **motion to challenge subject matter jurisdiction** where the agency was challenged, and the laws of the agency were also challenged **You ignored the direct challenge to override the constitution** by lying under oath as evidenced above.

7. Everyone knows that time is money. Getting the project done by a certain date and under budget constitutes money. So, when the government holds you up that cost's money. If it goes smoothly then you save money and time. You can move on to the next project and make money from that one. So, for anyone to say when the government holds you up, that cannot mean any damage is so far off base and out of this world they are just lying and in this case under oath. Do we have to remind a Judge that they are under oath.

8. There were plenty of wrongs mentioned about HCD requiring things that are not required, which held up Plaintiffs property and they are stating that it is barred by the **eleventh amendment** which is not true because the **Baine Act itself states a claim can be brought against the state for both violation of state laws and federal laws or both constitutions.** **This is known as a consent to be sued.**

9. First the bill of rights are more important then the amendments that come after the bill of rights. "Primacy of position in our state constitution is accorded the Declaration of Rights; thus emphasizing the importance of those basic and inalienable rights of personal liberty and private property which are thereby reserved and guaranteed to the people and protected from arbitrary invasion or impairment from any governmental quarter. The Declaration of Rights constitutes a limitation upon powers of every department of the

state government." State ex rel. Davis v. Sturart, 64 A.L.R. 1307, 97 Fla. 69, 120 335."Primacy of position" means no provision of any of the succeeding Articles of the state constitution may be interpreted as meaning that any power whatsoever has been conferred therein to any office, which can only be occupied by a state political trustee, of the state government which may operate to derogate or abrogate any of the people's common law inalienable rights.  This same fact of life exists in each and every one of the aforesaid states and is guaranteed by the United States Constitution.

Next the **Bain Act tells Congress** that the state of California consents to being sued and its officials.  So the Magistrate and Fernando are lying under oath again.

**There were plenty of wrongs and you were noticed in the complaint that you did not address which would have required you to do a remedy**.  **You did not do a remedy.**

Then there is the following:  Ubi jus ibi remedium." "For every wrong, the law provides a remedy" or "where there is a right, there is a remedy." Therefore, no immunity or privilege "doctrine" can shield them from their violations of constitutional rights.

"Since Ex parte Young, 209 U.S. 123, 28 S.Ct. 441, 52 L.Ed. 714 (1908), it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law. Ex parte Young teaches that when a state officer acts under a state law in a manner violative of the Federal Constitution, he 'comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States.' Scheuer v. Rhodes Krause v. Rhodes 8212 914, 72 8212 1318, 416 U.S. 232, 94 S.Ct. 1683, 40 L.Ed.2d 90 (1974).  Here again we can see that the Magistrate is lying under oath.

In Rankin v. Howard, 633 F.2d 844 (1980) the Ninth Circuit Court of Appeals reversed an Arizona District Court dismissal based upon absolute judicial immunity, finding that both necessary immunity prongs were absent.

"Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872) "A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts." Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938) "... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." Marbury v. Madison, 1 Cranch 137 (1803) "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." Ableman v. Booth, 21 Howard 506 (1859) "The courts are not bound by an officer's interpretation of the law under which he presumes to act." Hoffsomer v. Hayes, 92 Okla 32, 227 F 417 There can be no privilege nor immunity for actions taken knowingly violating a person's rights. This principle is firmly rooted in constitutional law, statutory provisions, and judicial precedents: a) Perjury: There is no immunity or privilege to lie under oath to the court.

•18 U.S.C. § 1621 criminalizes perjury in federal proceedings.

• United States v. Dunnigan, 507 U.S. 87 (1993): The Supreme Court upheld sentence enhancement for defendants who commit perjury. b)Fraud on the court:

• Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944): The Supreme Court established that fraud on the court can lead to the setting aside of judgments, even years after they were entered.

• Chambers v. NASCO, Inc., 501 U.S. 32 (1991): The Court affirmed the inherent power of federal courts to sanction bad-faith conduct, including fraud on the court.

c) Theft and bribery:

• 18 U.S.C. § 201 criminalizes bribery of public officials and witnesses.

• United States v. Brewster, 408 U.S. 501 (1972).

d) There is NO immunity for rights violations:

- Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971): Established that federal officers can be held personally liable for constitutional violations.

- 42 U.S. Code § 1983.

Owen v. City of Independence, 445 U.S. 622 (1980): The Court held that municipalities have no immunity from liability under 42 U.S.C. § 1983 for their constitutional violations.

Harlow v. Fitzgerald, 457 U.S. 800 (1982): While establishing qualified immunity, the Court affirmed that it does not protect officials who violate clearly established statutory or constitutional rights.

Plaintiffs' experiences with the judicial system have exposed a deeply entrenched corruption. Plaintiffs' have witnessed firsthand the abuse of power by judicial officers who viewed themselves as above the law. Ann Hunter, a Supervising Deputy, was demoted for brazenly declaring her court a "separate power" outside constitutional authority (Case No E032558, California Appeals, 4th district). Judge Lude Vixen was removed from a case after lying under oath and denying a litigant's fundamental right to self-representation (Case No. J203684, Juvenile Court, San Bernardino). These are not isolated incidents, but symptoms of systemic rot.

So the Magistrate and now Fernando is lying under oath to cover for the county because they have been paid off.

Wherefore this motion must be granted by law and is self-executing since the judges herein have committed bribery.

Dated: August 11-25

_____
Maryann Watkins

_____
Michael Watkins

NOTICE OF OBSTRUCTION OF JUSTICE and FRAUD ON THE COURT INCLUDING MISCONDUCT IN OFFICE:

Fernando lied under oath again stating that there was no change from the original complaint.  Plaintiffs have ADDED THE BAINE ACT AS THE Magistrate instructed.

2.   Fernando also lied and said there was nothing extraordinary.  For Fernando to take a bribe and lie under oath is extraordinary.

The Magistrate could have been believed to have missed the fact that HCD made corrections to damage Plaintiffs holding up construction.  However, since she side stepped the motion to challenge subject matter jurisdiction that she required Watkins to put it in a different vehicle as she called it, then it is no longer believed that she just missed it.  This constitutes fraud on the court when she stated that the motion for summary judgement which in fact is the motion to challenge subject matter jurisdiction is mute.

If she had addressed the motion, the proof was there, of wrongdoing, by HCD of making up laws and taking power where none was granted.  This is considered fraud on the court when a member of the Judiciary purposely ignores a direct challenge.  Cases omitted because they are well laid out in both motions that there is no discretion to ignore subject matter jurisdiction for which she did.

Further Art Hernandez of the county stated exactly how it is done in the ninth circuit, the inspection staff can do anything they want because the county pays off Judges to dismiss the cases on technicalities. He went on to tell that the way they do it is to hire outside attorneys and the extra money given to the attorneys is then given to the Judge. See declaration of Michael Watkins already submitted to this court. He also stated that it is so easy because no one can claim that the county paid the judges since the attorneys supposedly are getting paid to defend the county and are getting paid extra money to pay the judges off.

He then went on to state that if someone appeals, the judges in the ninth circuit are more corrupt than the district judges.

There have been many cases where this has been done. However, being on point with absolute proof in current cases we recently witnessed this very thing in the Marcelo case 2:20-cv-0534-DMG-SK before this court. The case was thrown out because the court stated that the case had to go to the state first, which was done. However, even if it had not been done the US Supreme court ruled that in a 1983 case the court cannot require someone to go to the state who is doing the wrong, "precedent set". U.S. Supreme Court ruling in, Felder v. Casey, 487 U.S. 131 (1988). These 3 Judges overruled the U.S. Supreme court. Also the following case states that a person can go directly to the

Federal court:  Knick v. Township of Scott, Pennsylvania, No. 17-647, 588 U.S. (2019) Chief Justice John Roberts said, "property owners are entitled to the same rights in federal court that other citizens have if they can prove that their constitutional rights have been violated".  This is absolute proof that they and the lower court judge took money for their decision as Art stated they would do.

    Further it has been noticed that the judges work together to make decisions so they can get paid to dismiss on the basis of technicalities.  Also witnessed that in the Marcelo case as mentioned above where the district judge side stepped the motion to challenge subject matter jurisdiction to hear the motion to dismiss first.

    Then in Dominguez case 2:23-cv-10523-CAS-SK the attorneys who were the same attorneys in Marcelo's case, who are paying the judges off there said since the Judge in Marcelo's case did not hear the motion until after the motion to dismiss requested that the judge do the same and the judge ordered it to be heard afterwards.  Anyone knows a challenge of subject matter jurisdiction is required to be heard first and is part of the claim and or is making the claim clearer and especially when it is put in the form of a summary judgement motion for which the court required Plaintiffs to do in this case.

Not once did the court's recommendation state that HCD did do something right or wrong just if you claim this, you have to do this, if you claim that you have to do that, but never addressed that HCD held up construction and all the wrongs that they did. She used technical decisions to **<u>skirt the rights guaranteed by the constitution.</u>**

So, what you have is Judicial nonsense based on judicial nonsense decisions **<u>that skirt the constitutional rights.</u>**

The crux is that the Supreme court has overruled these technical decisions many times, but the lower courts keep using them and inventing new ones because they are getting paid for their decisions in the ninth circuit. The attorneys paying the judge and the judge getting paid work together to make the arguments and the judge uses them to make it all look like it is the right thing to do. Especially to convince prose Plaintiffs.

In fact, the high court has stated many times that if there is no remedy for the wrong then the court has to make a remedy. All you need to do is to look at the Bivens case to see that.

Here again in the Bunkers case 2:23-cv-09263-CJC-DFM the court overruled the Supreme Court by stating that the probate court has the right to hear tort claims. This has been fiercely challenged and the judge has now reversed part of that case, however, he

still lies under oath stating that you cannot sue a judge.  Here again the Judges being sued in that case have an attorney firm representing them and paid off the judge to dismiss judges off the case.

So, what we have inspectors that come to your property committing fraud and extortion but never being prosecuted because the Judges are getting paid for their decision.  They are allowed to make up laws as they go and enforce the laws that are not laws to extort money from unsuspecting property owners.

Here again we saw this type of tyranny in the above mentioned license board case where the state kept moving around to different Judge and a different judge when they didn't like the decision.  They even moved the license board judge to Juvenile court trying to convict Watkins.  The admirative judge got rid of her.

We now know who you are and that you take payment for your decisions.  God willing you will all be prosecuted for such hyenas' crimes.

Now that you have been noticed when sued you will not be able to put in a pleading of incompetence.  If you do not know what that means you will not be able to say that you didn't know.

Further this has been taken outside the ninth circuit since we know by proof on the record the ninth circuit judges are taking payment for their decisions and it will be based on the following:

38. "Since Ex parte Young, 209 U.S. 123, 28 S.Ct. 441, 52 L.Ed. 714 (1908), it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law. Ex parte Young teaches that when a state officer acts under a state law in a manner violative of the Federal Constitution, he 'comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States.' Scheuer v. Rhodes Krause v. Rhodes 8212 914, 72 8212 1318, 416 U.S. 232, 94 S.Ct. 1683, 40 L.Ed.2d 90 (1974).

39. In Rankin v. Howard, 633 F.2d 844 (1980) the Ninth Circuit Court of Appeals reversed an Arizona District Court dismissal based upon absolute judicial immunity, finding that both necessary immunity prongs were absent.

40. "Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872) "A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity

MOTION FOR RECONSIDERATION- 13

from civil action for his acts." Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938) "... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." Marbury v. Madison, 1 Cranch 137 (1803) "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." Ableman v. Booth, 21 Howard 506 (1859) "The courts are not bound by an officer's interpretation of the law under which he presumes to act." Hoffsomer v. Hayes, 92 Okla 32, 227 F 417 There can be no privilege nor immunity for actions taken knowingly violating a person's rights. This principle is firmly rooted in constitutional law, statutory provisions, and judicial precedents: a) Perjury: There is no immunity or privilege to lie under oath to the court.

• 18 U.S.C. § 1621 criminalizes perjury in federal proceedings.

41. • United States v. Dunnigan, 507 U.S. 87 (1993): The Supreme Court upheld sentence enhancement for defendants who commit perjury. b)Fraud on the court:

- Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944): The Supreme Court established that fraud on the court can lead to the setting aside of judgments, even years after they were entered.

42. - Chambers v. NASCO, Inc., 501 U.S. 32 (1991): The Court affirmed the inherent power of federal courts to sanction bad-faith conduct, including fraud on the court.

43. c) Theft and bribery:

44. - 18 U.S.C. § 201 criminalizes bribery of public officials and witnesses.

45. - United States v. Brewster, 408 U.S. 501 (1972).

46. d) There is NO immunity for rights violations:

47. - Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971): Established that federal officers can be held personally liable for constitutional violations.

48. - 42 U.S. Code § 1983.

50. Owen v. City of Independence, 445 U.S. 622 (1980): The Court held that municipalities have no immunity from liability under 42 U.S.C. § 1983 for their constitutional violations.

51. Harlow v. Fitzgerald, 457 U.S. 800 (1982): While establishing qualified immunity, the Court affirmed that it does not protect officials who violate clearly established statutory or constitutional rights.

52. Plaintiffs' experiences with the judicial system have exposed a deeply entrenched corruption.

Plaintiffs' have witnessed firsthand the abuse of power by judicial officers who viewed themselves as above the law. Ann Hunter, a Supervising Deputy, was demoted for brazenly declaring her court a "separate power" outside constitutional authority and the Superior Court Judge before that just dismissed the case and it wasn't until on appeal that the 3 judges stated that they looked for a writ of execution and didn't find one and overruled the lower court and the Supervising Deputy (Case No E032558, California Appeals, 4th district). Judge Lude Vixen was removed from a case after lying under oath and denying a litigant's fundamental right to self-representation (Case No. J203684, Juvenile Court, San Bernardino). These are not isolated incidents, but symptoms of systemic rot.  As stated above we see Marcelo, Frank, and the Bunkers case.  We are watching.