ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General
State Bar No. 289478
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9091
  Fax:  (916) 732-7920
  E-mail:  Quintin.Lucas@doj.ca.gov
*Attorneys for Defendant Department of Housing
and Community Development*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARYANN WATKINS; MICHAEL WATKINS,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT,**<br><br>Defendant. | 2:22-cv-07286-FLA-RAO<br><br>**DEFENDANT STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Judge:        The Honorable Rosella A. Oliver<br>Action Filed: 10/04/2022 |

Plaintiffs MaryAnn and Michael Watkins ("Watkins") filed another motion for leave to amend the complaint They file this after the Court has already entered judgment against them and dismissed their case without prejudice, as well as decided several motions for leave to amend or reconsideration against them.

**I. Procedural Background**

1

Watkins file their motion nearly a year after this court entered a judgment dismissing their complaint without prejudice. (ECF 76). This was after Watkins had the opportunity to object to the report and recommendation of the magistrate. (ECF 73).

After the judgement, Watkins have continuously filed motions trying to litigate a dismissed case. This includes a second amended complaint (ECF 78); a motion for reconsideration. (ECF 80); a motion for excusable neglect (ECF 88); further motion for reconsideration (ECF 89); a third amended complaint (ECF 98); an appeal (ECF 100). All of the above were denied.

Watkins have now filed, objections to ECFs 99, 75, and 69 (ECF 103); and now another motion for leave to amend (ECF 104). Watkins continue to file matters in a dismissed and closed case, all of which are too late and insufficient.

## II. Legal Argument

This case is dismissed and closed. Defendants object for leave to amend the complaint in a dismissed case. Plaintiffs have had ample opportunity to amend and refused to do so. This new motion contains no new arguments, facts, reasons, evidence or authority to base the motion on. Rather it is a series of allegations and complaints that amount to nothing.

Defendants face prejudice from having to repeatedly oppose motions in a closed case and severe prejudice from reviving a case dismissed over a year ago.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

## III. CONCLUSION

This matter is closed after the case was dismissed *without* prejudice, and there is no operative complaint to amend.

Dated:  March 19, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California


*/s/ Quintin Lucas*
QUINTIN LUCAS
Deputy Attorney General
*Attorneys for Defendant
Department of Housing and
Community Development*

LA2022604299

# CERTIFICATE OF SERVICE

Case Name:    **Watkins v. Dept. of Housing &**        No.    **2:22-cv-07286-FLA-RAO**
                **Community Development**

I hereby certify that on **March 23, 2026**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **March 23, 2026**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Maryann Watkins
Michael Watkins
215 McCubbins Road
Knoxville, TN 37924
*Pro Se*

Maryann Watkins
Michael Watkins
P.O. Box 852
Acton, CA 93510
*Pro Se*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **March 23, 2026**, at San Diego, California.

|  |  |
|---|---|
| A. J. Lopez | */s/ A. J. Lopez* |
| Declarant | Signature |